```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    MARK L. KROTOSKI  (CABN 138549)
 3  Chief, Criminal Division

 4  DEREK R. OWENS (CSBN 230237)
    Assistant United States Attorney
 5
       450 Golden Gate Avenue; Box 36055
 6     San Francisco, California 94102
       Telephone: (415) 436-7200
 7     FAX: (415) 436-7234
       derek.owens@usdoj.gov
 8
    Attorneys for Plaintiff
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, ) | No. 3-06-70436 EMC |
|---|---|
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING OR ARRAIGNMENT DATE AND WAIVING TIME |
| v. ) | |
| CESAR ROBERTO SANCHEZ RAMIREZ,) | |
| Defendant. ) | SAN FRANCISCO VENUE |

On August 3, 2006, the parties in this case appeared before the Court for Identification of Counsel.  At that time, the parties stipulated that the Preliminary Hearing Date would be continued until August 22, 2006, and that time should be excluded from the Speedy Trial Act calculations from August 3, 2006 to August 22, 2006 for effective preparation of defense counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also stipulated that, pursuant to Federal Rule of Criminal Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be tolled and waived from August 3, 2006, to and including August 22, 2006.  The parties agree that –  taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension.

Stipulation and [Proposed] Order
3-06-70436

**IT IS SO STIPULATED**.

                                                      Respectfully submitted,

                                                     KEVIN V. RYAN
                                                     United States Attorney

DATED:   08/14/06                          /s/ Derek R. Owens
                                                   DEREK R. OWENS
                                                   Special Assistant U.S. Attorney

DATED:   08/14/06                          /s/ Alex Reisman
                                                   ALEX REISMAN
                                                   Attorney for Defendant Hernandez

    As the Court found on August 3, 2006, and for the reasons stated above, the Court finds that an exclusion of time between August 3, 2006 and August 22, 2006 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. <u>See</u> 18 U.S.C. §3161(h)(8)(B)(iv). The Court also finds that good cause exists pursuant to Federal Rule of Criminal Procedure (FRCP) 5.1(d) to waive and toll the time limits set forth in FRCP 5.1(c) from August 3, 2006, to and including August 22, 2006.

**IT IS SO ORDERED.**

DATED: <u>August 15, 2006</u>                                    _____
                                                             JOSEPH C. SPERO
                                                             United States Magistrate Judge

Stipulation and [Proposed] Order
3-06-70436